**Keenan M. WILLIAMS, Plaintiff— Appellant,**

v.

**James FARRIOR, personally and in his official capacity; Fredy Wheeler, personally and in his official capacity; Daryl Hooks, personally and in his official capacity; Jeff George, personally and in his official capacity; Christina Bargloff, personally and in her official capacity; J. Norwood, personally and in his official capacity; Joseph Brooks, personally and in his official capacity, Bureau of Prisons, Defendants—Appellees,**

and

**FEDERAL CORRECTIONAL INSTI- TUTION—PETERSBURG; Federal Bureau of Prisons, Defendants.**

No. 04–7570.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 28, 2005.

Decided: Feb. 24, 2005.

Keenan M. Williams, Appellant pro se.

Dennis Carl Barghaan, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellees.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Keenan M. Williams appeals the district court's order granting summary judgment to Defendants in Williams' action under *Bivens v. Six Unknown Named Agents of*

*Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Williams v. Farrior,* No. CA–03–519–1 (E.D.Va. Sept. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*